UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v | § | CRIMINAL NO. C-05-159(01) |
| | § | |
| DEREK PARRA | § | |

### ORDER ON DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

The Court has considered the Defendant's Request for a Reduced Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Government's response to that motion.

Based upon the amendment to the Sentencing Guidelines of November 1, 2007, which lowered the base offense levels applicable to cocaine base ("crack") offenses, and Government's response to defendant's request, the Court is of the opinion that defendant's motion should be and his hereby GRANTED.

It is, therefore, ORDERED that defendant DEREK PARRA'S sentence should be reduced to __213__ months imprisonment. The United States Probation Office is hereby ORDERED to prepare and amended judgment of conviction.

DONE and ORDERED on this __14th__ day of __April__, 2011.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE